IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

B. BRAUN MELSUNGEN AG and             :
B. BRAUN MEDICAL INC.,                :
                                      :
        Plaintiffs,                   :
                                      :
    v.                                :   Civ. No. 09-347-JJF-LPS
                                      :
TERUMO MEDICAL CORPORATION and        :
TERUMO CORPORATION,                   :
                                      :
        Defendants.                   :

**ORDER**

WHEREAS, Magistrate Judge Stark issued a Report and Recommendation (D.I. 178) dated June 3, 2010, regarding Claim Construction;

WHEREAS, the Report and Recommendation provides definitions for the disputed claim terms of the patent-in-suit, United States Patent No. 7,264,613;

WHEREAS, Defendants Terumo Medical Corporation and Terumo Corporation filed an objection to the Report and Recommendation (D.I. 183);

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Stark in his Report and Recommendations (D.I. 178);

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 178) is **ADOPTED**.

July 9, 2010
DATE

_____
UNITED STATES DISTRICT COURT