IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

B. BRAUN MELSUNGEN AG & )
B. BRAUN MEDICAL INC., )
  )
    Plaintiffs, )
  )
  ) Civil Action No.: 09-347-LPS
    v. )
  )
TERUMO MEDICAL CORPORATION & )
TERUMO CORPORATION, )
  )
    Defendants. )

## VERDICT FORM

**A. Braun's Infringement Claims Against Terumo**

   **1. Literal Infringement**

Do you find that Braun has proven by a preponderance of the evidence that Terumo has literally infringed any of claims 1, 2, 8, 20, 21, and 28 of U.S. Patent No. 7,264,613?

YES _____     NO ___✓___

   a.   If you answered "Yes," please place a check mark next to the claims you found to be infringed.

| Claim 1: __ | Claim 20: __ |
|---|---|
| Claim 2: __ | Claim 21: __ |
| Claim 8: __ | Claim 28: __ |

**(IF YOU ANSWERED "YES" AND FOUND LITERAL INFRINGEMENT OF ALL THE ASSERTED CLAIMS OF THE U.S. PATENT NO. 7,264,613 UNDER QUESTION 1 (I.E., CHECKED EACH BOX), YOU CAN SKIP QUESTION 2.)**

## 2. Infringement Under the Doctrine of Equivalents

If you found that Terumo does not literally infringe some or all of the claims of U.S. Patent No. 7,624,613 in Question 1, do you find that Braun has proven by a preponderance of the evidence that Terumo has infringed any of claims 1, 2, 8, 20, 21, and 28 under the doctrine of equivalents?

YES ✓     NO ____

> If you answered "Yes," please place a check mark next to the claims you found to be infringed under the doctrine of equivalents.

| | |
|---|---|
| Claim 1: __ | Claim 20: ✓ |
| Claim 2: __ | Claim 21: ✓ |
| Claim 8: __ | Claim 28: ✓ |

B.  **Terumo's Patent Invalidity Defenses Against the Asserted '613 Patent Claims**

1. **Written Description**

Do you find that Terumo has proven by clear and convincing evidence that any of claims 1, 2, 8-15, 17-19, 20-21 and 28 of the U.S. Patent No. 7,264,613 is invalid because the specification fails to satisfy the written description requirement?

YES _____          NO ✓

   If you answered "Yes," please place a check mark next to the claims you found to be invalid.

| Claim 1: __  | Claim 9: __  | Claim 20: __ |
| Claim 2: __  | Claim 10: __ | Claim 21: __ |
| Claim 8: __  | Claim 11: __ | Claim 28: __ |
|              | Claim 12: __ |              |
|              | Claim 13: __ |              |
|              | Claim 14: __ |              |
|              | Claim 15: __ |              |
|              | Claim 17: __ |              |
|              | Claim 18: __ |              |
|              | Claim 19: __ |              |

## 2. Obviousness

Do you find that Terumo has proved by clear and convincing evidence that any of claims 1, 2, 8-15, 17-19, 20-21 and 28 of the U.S. Patent No. 7,264,613 are invalid on the ground of obviousness?

YES ✓             NO ____

If you answered "Yes," please place a check mark next to the claims you found to be invalid.

| Claim 1: __ | Claim 9: ✓ | Claim 20: ✓ |
|---|---|---|
| Claim 2: __ | Claim 10: ✓ | Claim 21: ✓ |
| Claim 8: __ | Claim 11: ✓ | Claim 28: ✓ |
| | Claim 12: ✓ | |
| | Claim 13: ✓ | |
| | Claim 14: ✓ | |
| | Claim 15: ✓ | |
| | Claim 17: __ | |
| | Claim 18: ✓ | |
| | Claim 19: ✓ | |

ALL MEMBERS OF THE JURY SHOULD SIGN AND DATE BELOW TO INDICATE
THAT THE JURY HAS REACHED A UNANIMOUS VERDICT ON THESE QUESTIONS

| Signature | Date |
|---|---|
| Mary Jo Kuffo, Foreperson | 22 November 2010 |
| Wm T Marvel | 22 November 2010 |
| Roberta C. _____ | 22 November 2010 |
| Patricia A Barbato | 22 November 2010 |
| Avon E. Barbour | 22 November 2010 |
| _____ | Nov. 22, 2010 |
| AnnMarie Hanapole | 22 November 2010 |
| _____ | 22 Nov. 2010 |