IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

B. BRAUN MELSUNGEN AG &amp; )
B. BRAUN MEDICAL INC., )
             )
        Plaintiffs, )
             )    Civil Action No.:  09-347-LPS
         v. )
             )
TERUMO MEDICAL CORPORATION &amp; )
TERUMO CORPORATION, )
             )
        Defendants. )

**MOTION FOR JUDGMENT AS A MATTER OF LAW AND/OR A NEW TRIAL ON
CERTAIN LIMITED CLAIMS AND DEFENSES PRESENTED AT TRIAL**

Plaintiffs B. Braun Melsungen AG and B. Braun Medical Inc. (collectively "Braun")

respectfully move this Court, pursuant to Federal Rules of Civil Procedure 50 and 59, to enter an

Order:

1) granting Braun judgment as a matter of law that claims 9-15, 18-21, and 28 of U.S.
Patent No. 7,264,613 (the "'613 patent") are not obvious;

2) granting Braun judgment as a matter of law that Terumo infringes claims 1, 2, and 8
of the '613 patent;

3) in the alternative, and only to the extent it would not delay entry of an injunction for
infringement of claim 17, granting Braun a new trial on the issue of whether claims 9-
15, 18-21, and 28 of the '613 patent are invalid for obviousness; and

4) in the alternative, and only to the extent it would not delay entry of an injunction for
infringement of claim 17, granting Braun a new trial on the issue of whether Terumo
infringes claims 1, 2, and 8 of the '613 patent.

The grounds for this motion are set forth in Braun's Opening Brief In Support Of Its

Motion For Judgment As A Matter Of Law And/Or A New Trial On Certain Limited Claims

And Defenses Presented At Trial, filed contemporaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

KIRKLAND & ELLIS LLP
Edward C. Donovan
Gregory F. Corbett
Michael A. Pearson, Jr.
Dennis J. Abdelnour
655 15th Street, N.W.
Washington, DC  20005
(202) 879-5000

William E. Devitt
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

Dated: January 7, 2011                *Attorneys for B. Braun Melsungen AG & B. Braun Medical Inc.*