# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

B. BRAUN MELSUNGEN AG &
B. BRAUN MEDICAL INC.,

      *Plaintiffs,*

   v.

TERUMO MEDICAL CORPORATION &
TERUMO CORPORATION,

      *Defendants.*

Case No.: 09-347-LPS

## ORDER

This ___ day of _____, 2011, the Court having considered the Motion for Judgment as a Matter of Law and/or a New Trial on Certain Limited Claims and Defenses Presented at Trial, filed by Plaintiffs B. Braun Melsungen AG and B. Braun Medical Inc. (collectively "Braun"), and Defendants response thereto, IT IS HEREBY ORDERED that

(1)     Braun's Motion for Judgment as a Matter of Law that claims 9-15, 18-21, and 28 are not obvious is GRANTED.

(2)     Braun's Motion for Judgment as a Matter of Law that claims 1, 2, and 8 are infringed is GRANTED

_____
United States District Judge