## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. BRAUN MELSUNGEN AG & <br> B. BRAUN MEDICAL INC., <br><br>     Plaintiffs, <br><br>               v. <br><br> TERUMO MEDICAL CORPORATION & <br> TERUMO CORPORATION, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 09-347 (LPS) <br> ) <br> ) <br> ) <br> ) <br> ) |

### FINAL JUDGMENT

The parties have reached a settlement and the Court has modified the injunction to reflect the terms of the settlement. (D.I. 431)

Pursuant to the JURY VERDICT of November 22, 2010 (D.I. 341), and the ORDERS of the Court (D.I. 178, 214, 238, 298, 334-335, 356-361, 416, 417, and 431), FINAL JUDGMENT is hereby entered in this matter as follows:

IT IS ORDERED AND ADJUDGED that Terumo is enjoined from selling the Surshield Safety I.V. Catheter pursuant to the conditions stated in this Court's order of March 8, 2012. (D.I. 431)

IT IS FURTHER ORDERED AND ADJUDGED that all claims and counterclaims raised by either Braun or Terumo during this matter and not specifically addressed in this Court's Judgment of May 5, 2011 or above are hereby dismissed with prejudice. For the avoidance of doubt, this does not include the injunction or any of the claims on which judgment is entered above.

IT IS SO ORDERED, this _19th_ day of _March_, 2012.

_____
United States District Judge

01: 11866425.1